An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

BIG POPPA'S, LLC; CV PROPCO, LLC; AND BADDA BING GENTLEMEN'S CLUB,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE KENNETH C. CORY, DISTRICT JUDGE,
Respondents,
    and
MICHELLE JUWONO,
Real Party in Interest.

No. 68807

**FILED**

SEP 1 4 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition for a writ of mandamus or prohibition challenges several of the district court's pretrial rulings. Having reviewed the petition and its accompanying motion for a stay, we decline to intervene. Petitioner has a remedy at law by way of an appeal from any adverse final judgment. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 88 P.3d 840 (2004); NRS 34.170; NRS 34.330, and we are not convinced that that remedy is inadequate under the circumstances presented, *see Williams v. Eighth Judicial Dist. Court*, 127 Nev. ___, 262 P.3d 360 (2010) (describing narrow exceptions when writ relief may be warranted despite availability of an alternative remedy at law). Accordingly, and without expressing any

15-27718

opinion on the merits of the issues raised in the petition, we deny the motion for stay and

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Kenneth C. Cory, District Judge
     Ford, Walker, Haggerty & Behar
     Injury Lawyers of Nevada
     Eighth District Court Clerk